Tanya E. Moore, SBN 206683
K. Randolph Moore, SBN 106933
MOORE LAW FIRM, P.C.
332 North Second Street
San Jose, California 95112
Telephone (408) 298-2000
Facsimile  (408) 298-6046
Email:  tanya@moorelawfirm.com

Attorneys for Plaintiff
Robert Kalani

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT KALANI,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>SCRAMBL'Z RESTAURANT, INC., et al.,<br><br>　　　　　Defendants. | No.  2:12-CV-01279-GEB-DAD<br><br>**PLAINTIFF'S REQUEST TO CONTINUE STATUS CONFERENCE SET FOR SEPTEMBER 17, 2012; [PROPOSED] ORDER** |

　　　　Plaintiff Robert Kalani ("Plaintiff"), by and through his attorneys of record, hereby requests a continuance of the status (pre-trial scheduling) conference currently scheduled in this matter for September 17, 2012 at 9:00 a.m. for the reasons set forth below.

　　　　1.　　Defendant Jan Presser ("Presser") was timely served with process by Plaintiff via a Waiver of Service of Summons and her responsive pleading is not due to be filed until September 24, 2012, a date after the current date set for the status conference;

　　　　2.　　A clerk's default was entered against Defendant Scrambl'z Restaurant, Inc. ("Scrambl'z") (Presser and Scrambl'z collectively referred to as "Defendants") on July 30, 2012.  Plaintiff's counsel was contacted by counsel for Scrambl'z on August 23, 2012 who

was apparently just retained by Scrambl'z and Plaintiff has agreed to stipulate to set aside the default. Counsel for Scrambl'z has indicated that a stipulation and proposed answer will be provided early the week of August 27, 2012;

    3.    Plaintiff desires the opportunity to meet and confer with counsel for Defendants prior to incurring the expenses necessary to prepare for and attend the Status Conference without input or meaningful participation from Defendants. Plaintiff further desires to explore settlement options with Defendants that, if productive, would negate the need for a status conference.

    For the reasons set forth above, Plaintiff respectfully requests that the status conference currently set for September 17, 2012 be continued to a date after November 1, 2012 at the Court's convenience.

Dated: August 22, 2012                                         MOORE LAW FIRM, P.C.

                                                                 */s/ Tanya E. Moore*
                                                                  Tanya E. Moore, Attorneys for
                                                                  Plaintiff, Robert Kalani

### ORDER

Upon request by Plaintiff and good cause appearing,

**IT IS HEREBY ORDERED** that the Status (Pre-Trial Scheduling) Conference currently set for September 17, 2012 be continued to November 26, 2012, at 9:00 a.m. before the Honorable Garland E. Burrell, Jr. in Courtroom 10 of the above-entitled Court. All other requirements set forth in the Court's Order Setting Status (Pre-Trial Scheduling) Conference shall remain unchanged. A joint status report shall be filed fourteen days prior to the hearing.

**IT IS SO ORDERED**.

Dated: 8/24/12

                                                                United States District Judge