1  Tanya E. Moore, SBN 206683
   MOORE LAW FIRM, P.C.
2  332 North Second Street
   San Jose, California 95112
3  Telephone (408) 298-2000
   Facsimile (408) 298-6046
4  E-mail: tanya@moorelawfirm.com

5  Attorneys for Plaintiff
   Robert Kalani

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT KALANI, | No. 2:12-CV-01279-GEB-DAD |
| Plaintiff, | **STIPULATION GRANTING PLAINTIFF LEAVE TO FILE FIRST AMENDED COMPLAINT; [PROPOSED] ORDER** |
| vs. | |
| SCRAMBL'Z RESTAURANT, INC.; JAN PRESSER, | |
| Defendants. | |
| AND RELATED CROSS-ACTION. | |

**IT IS HEREBY STIPULATED** by and between Plaintiff, Robert Kalani ("Plaintiff"), and Defendant and Cross-Claimant, Jan Presser ("Defendant," and together with Plaintiff, the "Parties"), the parties who have appeared in this action, through their respective attorneys of record, that Plaintiff may file a First Amended Complaint, a copy of which is attached hereto as Exhibit "A."

**IT IS FURTHER STIPULATED** that Plaintiff will file his First Amended Complaint within five (5) calendar days of the Court's Order permitting such filing, and that Defendant's response thereto shall be filed within fourteen (14) days after the First Amended Complaint is filed.

**IT IS SO STIPULATED**.

Dated: October 15, 2012                    MOORE LAW FIRM, P.C.

/s/ Tanya E. Moore
Tanya E. Moore
Attorneys for Plaintiff,
Robert Kalani

CREECH, LIEBOW & KRAUS

/s/ Edward A. Kraus
Edward A. Kraus
Attorneys for Defendant/Cross-Claimant,
Jan Presser

### ORDER

The Parties having so stipulated and good cause appearing,

**IT IS HEREBY ORDERED** that Plaintiff file his First Amended Complaint, a copy of which was filed with the Parties' stipulation, within five (5) calendar days of the date this Order is filed.

**IT IS FURTHER ORDERED** that Defendant's response thereto shall be filed within fourteen (14) days after the First Amended Complaint is filed.

**IT IS SO ORDERED**.

**Date: 10/16/2012**

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge