1  Peter A. Liebow, Esq. (SBN 116696)
   Edward A. Kraus, Esq. (SBN 162043)
2  CREECH, LIEBOW & KRAUS
   333 West San Carlos Street, Suite 1600
3  San Jose, CA  95110
   B:  (408) 993-9911
4  F:  (408) 993-1335

5  Attorneys for Defendant,
   JAN PRESSER
6

7
                   IN THE UNITED STATES DISTRICT COURT
8
                   FOR THE EASTERN DISTRICT OF CALIFORNIA
9

   ROBERT KALANI,                    )  Case No.: 2:12-CV-01279-GEB-DAD
10                                    )
                                      )
11         Plaintiff,                 )  **STIPULATION TO CONTINUE STATUS**
                                      )  **CONFERENCE;  ORDER**
                                      )  **THEREON**
12   vs.                              )
                                      )
13                                    )
   SCRAMBL'Z RESTAURANT, INC., JAN    )
14 PRESSER,                           )
                                      )
15         Defendants.                )
                                      )
16

17         IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff ROBERT

18 KALANI and Defendants JAN PRESSER and JASSI DHILLON, INC. dba SCRAMBL'Z

19 KOUNTRY KITCHEN that the Status Conference currently scheduled for November 26, 2012

20 be continued to a date after January 7, 2012.  The Continuance is being requested for the

21 following reasons:

22         1.     The Case is not at issue.  Plaintiff filed a First Amended Complaint on October

23 18, 2012.  Defendant JASSI DHILLON, INC. dba SCRAMBL'Z KOUNTRY KITCHEN has not

24 responded and its response is due on or before December 24, 2012.

25         2.     In addition, the parties wish to explore settlement before court obligations are

26 required and timelines mandated in order to save on costs and attorneys' fees.  The parties are

27 optimistic that a resolution may be found and are willing to take into account the extended time

28 given by this Court in the formulation of the Case handling plan if one becomes necessary.

---
1
**STIPULATION TO CONTINUE STATUS CONFERENCE AND [PROPOSED] ORDER THEREON**

For the reasons set forth above, the parties hereby stipulate and request that the Status Conference currently set for November 26, 2012 be continued to a date after January 7, 2012.

DATED: November 6, 2012.                    MOORE LAW FIRM

By: _____/s/ Tonya E. Moore_____
TONYA E. MOORE, ESQ.
Attorneys for Plaintiff,
ROBERT KALANI

DATED: November 6, 2012.                    CREECH, LIEBOW & KRAUS

By: _____/s/ Edward A. Kraus_____
EDWARD A. KRAUS
Attorneys for Defendant,
JAN PRESSER

DATED: November 6, 2012.                    DOWNEY BRAND, LLP

By: _____/s/ Elizabeth B. Stallard_____
ELIZABETH B. STALLARD
Attorneys for Defendant, JASSI DHILLON, INC., DBA SCRAMBL'Z KOUNTRY KITCHEN

**ORDER**

Upon stipulation of the parties and good cause appearing, IT IS HEREBY ORDERED that the Status (Pre-trial Scheduling) Conference currently set for November 26, 2012 be continued to January 28, 2013, at 9:00 a.m. before the Honorable Garland E. Burrell, Jr. in Courtroom 10 of the above entitled Court. A joint status report shall be filed fourteen days prior to the hearing.

**Date: 11/14/2012**

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge

**STIPULATION TO CONTINUE STATUS CONFERENCE AND [PROPOSED] ORDER THEREON**