IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT KALANI, | |
| Plaintiff, | 2:12-cv-01279-GEB-AC |
| v. | STATUS (PRETRIAL SCHEDULING) ORDER |
| JASSI DHILLON, INC. dba SCRAMBL'Z KOUNTRY KITCHEN; and JAN PRESSER, | |
| Defendants. | |
| AND RELATED CROSS-ACTIONS | |

The status (pretrial scheduling) conference scheduled for hearing on January 28, 2013, is vacated since the parties' Joint Status Report filed on January 14, 2013 ("JSR") indicates the following Order should issue.

SERVICE, JOINDER OF ADDITIONAL PARTIES, AMENDMENT

Plaintiff states in the JSR that he "may seek to amend his First Amended Complaint once he has had the Facility inspected by an accessibility specialist to include all architectural barriers under the ADA and related California law which relate to his disability (and which were not named in his First Amended Complaint) . . . ." (JSR 3:1-9.) Plaintiff indicates he anticipates that such amendment will be made by March 18, 2013, "subject to Defendant's cooperation regarding the

1

setting of a mutually agreeable date for site inspection." (Id. at 4:21 n.1.)

Plaintiff has until April 1, 2013, to file a motion in which leave is sought under Federal Rule of Civil Procedure 15(a) to file the referenced amendment, after which time no further service, joinder of parties, or amendments to the pleadings is permitted, except with leave of Court for good cause shown. The referenced motion must be noticed for hearing on the Court's earliest available law and motion date.

## DISCOVERY

All discovery shall be completed by February 21, 2014. In this context, "completed" means that all discovery shall have been conducted so that all depositions have been taken and any disputes relative to discovery shall have been resolved by appropriate orders, if necessary, and, where discovery has been ordered, the order has been complied with or, alternatively, the time allowed for such compliance shall have expired.

Each party shall comply with Federal Rule of Civil Procedure 26(a)(2)(B) and (C)'s initial expert witness disclosure requirements on or before October 25, 2013, and any contradictory and/or rebuttal expert disclosure authorized under Rule 26(a)(2)(D)(ii) on or before November 15, 2013.

## MOTION HEARING SCHEDULE

The last hearing date for a motion is April 21, 2014, commencing at 9:00 a.m.[1] A motion shall be briefed as prescribed in Local Rule 230.

---

[1] This time deadline does not apply to motions for continuances, temporary restraining orders, emergency applications, or motions under Rule 16(e) of the Federal Rules of Civil Procedure.

1 　　　　　The parties are cautioned that an untimely motion
2 characterized as a motion in limine may be summarily denied.

3 　　　　　　　　　　　FINAL PRETRIAL CONFERENCE

4 　　　　　The final pretrial conference is set for June 23, 2014, at
5 2:30 p.m. The parties are cautioned that the lead attorney who WILL TRY
6 THE CASE for each party shall attend the final pretrial conference. In
7 addition, all persons representing themselves and appearing <u>in propria</u>
8 <u>persona</u> must attend the pretrial conference.

9 　　　　　The parties are warned that **non-trial worthy issues could be**
10 **eliminated *sua sponte*** "[i]f the pretrial conference discloses that no
11 material facts are in dispute and that the undisputed facts entitle one
12 of the parties to judgment as a matter of law." <u>Portsmouth Square v.</u>
13 <u>S'holders Protective Comm.</u>, 770 F.2d 866, 869 (9th Cir. 1985).

14 　　　　　The parties shall file a **JOINT** pretrial statement no later
15 than seven (7) calendar days prior to the final pretrial conference. The
16 joint pretrial statement shall address the applicable portions of Local
17 Rule 281(b), and shall set forth each theory of liability ("claim") and
18 affirmative defense which remains to be tried, and the ultimate facts on
19 which each theory/defense is based. Furthermore, each party shall
20 estimate the length of trial.[2] The Court uses the parties' joint pretrial
21 statement to prepare its final pretrial order and could issue the final
22 pretrial order without holding the scheduled final pretrial conference.
23 <u>See</u> <u>Mizwicki v. Helwig</u>, 196 F.3d 828, 833 (7th Cir. 1999)("There is no
24 requirement that the court hold a pretrial conference.").

---

[2] If a trial by jury has been preserved, the joint pretrial statement shall also state how much time each party desires for voir dire, opening statements, and closing arguments.

3

1   If feasible, at the time of filing the joint pretrial
2  statement counsel shall also email it in a format compatible with
3  WordPerfect to: geborders@caed.uscourts.gov.

### TRIAL SETTING

5   Trial shall commence at 9:00 a.m. on September 23, 2014.
6   IT IS SO ORDERED.

Dated:  January 23, 2013

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge